# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KINGDOM OF SWEDEN, | CASE NO. 14-CV-1259-H (NLS) |
|---|---|
| Plaintiff, | **AMENDED JUDGMENT** |
| vs. | |
| ERIK ALOISY NOWACKI, | |
| Defendant. | |

On August 28, 2015, the Court entered Judgment in favor of Plaintiff Kingdom of Sweden and against Defendant Erik Aloisy Nowacki in the amount of 1,505,196 SEK (Swedish Crowns) plus costs as provided by law. (Doc. No. 56.) On September 3, 2015, Plaintiff made an ex parte application to convert the Judgment from Swedish Crowns to U.S. Dollars at the conversion rate of 8.4564 SEK to one U.S. Dollar. (Doc. No. 58.) Plaintiff represents this was the conversion rate in effect on the date of Judgment. (Id.)

On September 3, 2015, the Court issued an order granting Defendant the opportunity to file an opposition to Plaintiff's application on or before September 18, 2015. (Doc. No. 59.) Defendant has not filed an opposition. The Court therefore

1 | amends the Judgment in favor of Plaintiff Kingdom of Sweden and against Defendant
2 | Erik Aloisy Nowacki to the amount of $177,994.89 plus costs as provided by law.
3 | **IT IS SO ORDERED AND ADJUDGED.**
4 | DATED: September 24, 2015

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT